PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE FLORESGONZALEZ,<br><br>Defendant. | Case No. 5:24-po-00075-CDB<br><br>[Citation #09887930, CA14]<br><br>MOTION TO CONVERT MANDATORY APPEARANCE TO COLLATERAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to convert [Citation #09887930, CA14] in Case No. 5:24-po-00075-CDB against Defendant JOSE FLORESGONZALEZ in the interests of justice.

The citation in this case was properly issued as a mandatory appearance within the discretion of the citing officer. Under the bail schedule for the Eastern District of California, a violation of California Vehicle Code 12500(a) ("Unlawful to drive unless licensed), is an offense for which the bailable amount is $350. For this offense, the bail schedule also authorizes an officer to issue a Mandatory Appearance automatically at his discretion.

Although the citation was issued properly as a mandatory citation, the United States seeks to convert the citation to a collateral amount. Based on the available information, Defendant appears to

have taken responsibility and taken significant steps towards correcting his misconduct; it is our understanding that Defendant recently passed his driver's license test.  Under these circumstances, the United States believes a collateral amount of $350 ($30 processing fee to be also added) to be a fair outcome in the interests of justice.  *See also James & Elizabeth Console Fam. v. United States*, No. 23-CV-652-DMS-BLM, 2023 WL 6120609, at *4 (S.D. Cal. Sept. 18, 2023) ("Prosecutorial discretion is defined as [a] prosecutor's power to choose from the options available in a criminal case, such as filing charges, prosecuting, not prosecuting, plea-bargaining, and recommending a sentence to the court." (internal quotation mark and citation omitted)).

      The United States also requests that the payment be allowed to be made by the CVB calendar in June 2024, to allow Defendant to be able to gather the necessary resources to pay off the bailable amount.

DATED: April 29, 2024            Respectfully submitted,

                                           PHILLIP A. TALBERT
                                           United States Attorney

                             By:     /s/ *Chan Hee Chu*
                                       CHAN HEE CHU
                                       Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED, on the motion of the United States of America, that [Citation #09887930, CA14] in Case No. 5:24-po-00075-CDB against JOSE FLORESGONZALEZ be converted to a bailable citation with collateral amount of $350, with an additional $30 in processing fee, to be due on or before June 4, 2024.

IT IS SO ORDERED.

Dated:   **April 29, 2024**

UNITED STATES MAGISTRATE JUDGE